UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LG CAPITAL FUNDING, LLC,

                                                    Plaintiff,

                        -v-

VERITEQ CORPORATION,

                                                    Defendant.

21 Civ. 6492 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 30, 2021, plaintiff filed the complaint in this case.  Dkt. 1.  On November 4, 2021, plaintiff served defendant with process, making defendant's deadline to answer or otherwise respond November 26, 2021.  *See* Dkt. 4.  On December 13, 2021, the Court issued an order to show cause as to why the action should not be dismissed for failure to prosecute, because defendant has not responded to the complaint or otherwise appeared in this action.  Dkt. 5.

On December 15, 2021, plaintiff obtained a clerk's certificate of default.  Dkt. 9.  On December 17, 2021, plaintiff filed a motion for default judgment.  Dkt. 10.  Plaintiff also filed the declarations of Joseph Lerman, Dkt. 11, and Kevin Kehrli, Dkt. 14, a memorandum of law in support, Dkt. 13, and a proposed default judgment, Dkt. 15.

The Court's Individual Rules also require that the motion include copies of all the operative pleadings.  Plaintiff is to submit such copies by January 11, 2022, so that the Court may rule on the motion for default judgment.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: January 4, 2022
        New York, New York