UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LG CAPITAL FUNDING, LLC,

                             Plaintiff,                          21-CV-06492 (PAE)(SN)

       -against-                                 **ORDER**

VERITEQ CORPORATION,

                             Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In accordance with the Court's April 1, 2022 Order, Plaintiff timely filed Findings of Fact and Conclusions of Law. Plaintiff did not, however, file proof of service on Defendant. Plaintiff is ORDERED to file such proof by May 16, 2022.

**SO ORDERED.**

                                                                                     _____
                                                                                  SARAH NETBURN
                                                                                   United States Magistrate Judge

DATED:       May 12, 2022
                   New York, New York