```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LG CAPITAL FUNDING, LLC,

                              **Plaintiff,**                    21-CV-06492 (PAE)(SN)

       -against-                                     **ORDER**

VERITEQ CORPORATION,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Defendant's response to Plaintiff's Proposed Findings of Fact and Conclusions of Law was due by June 15, 2022. As of the issuance of this order, Defendant has failed to file any response. If Defendant does not file a response by June 29, 2022, the Court will consider the inquest into damages fully briefed and ready for resolution.

**SO ORDERED.**

                                                           _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      June 22, 2022
                 New York, New York