**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LG CAPITAL FUNDING, LLC,

                Plaintiff,

  -against-                                          21 **CIVIL** 6492 (PAE)

                                                                      **JUDGMENT**

VERITEQ CORPORATION,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order & Opinion dated May 30, 2023, the Court has awarded plaintiff damages totaling the Note's outstanding principal ($49,900.00), regular interest accrued up to the date of default ($3,926.38), and interest on the principal from the date of default through the entry of final judgment at a rate of 16% annually, in the amount of $9,471.43, and $3,167.00 in costs and expenses. Judgment is entered in plaintiff's favor for the above damages; accordingly, the case is closed.

**Dated:**  New York, New York

        June 7, 2023

                                                                   **RUBY J. KRAJICK**

                                                                      _____
                                                                          **Clerk of Court**

                                                   **BY:**     _K. Mango_

                                                                      _____
                                                                          **Deputy Clerk**